IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SITEL OPERATING CORP.         )
                                        )    No. 3-14-1556
v.                                )
                                        )
BRUCE DAWSON               )

O R D E R

In accord with the order entered July 30, 2014 (Docket Entry No. 9), a hearing is scheduled on **Friday, August 15, 2014, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee, to address the plaintiff's motion for expedited discovery (Docket Entry No. 6), to establish deadlines for discovery related to the plaintiff's motion for preliminary injunction (Docket Entry No. 2), to advise the Court of a target date for the preliminary injunction hearing, and to address any other appropriate matters.

The plaintiff shall ensure that the defendant is served with a copy of this order so that he is aware of his obligation to appear at the August 15, 2014, hearing. If the defendant has counsel, his attorney shall appear on his behalf on August 15, 2014. If the defendant does not have counsel, he shall personally appear at the hearing.

In addition, the Clerk is directed to mail a copy of this order to the defendant at 7855 S. Flanders St., Centennial, Colorado 80016, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge