IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SITEL OPERATING CORP.      )
                           )   No. 3-14-1556
v.                         )
                           )
BRUCE DAWSON               )

O R D E R

Pursuant to the order entered August 25, 2014 (Docket Entry No. 14), counsel for the parties called the Court on September 4, 2014, at which time they advised that they had made significant progress toward a resolution of this case, and expected that the plaintiff would be able to file a notice of voluntary dismissal by September 12, 2014.

If there is an unexpected delay in filing the anticipated notice of voluntary dismissal or if the parties are not able to reach a final agreement, counsel for the parties shall convene a telephone conference call with the Court on **Monday, September 15, 2014, at 10:00 a.m., central time,** to be initiated by plaintiff's counsel, to address the anticipated date by which the plaintiff will file a notice of voluntary dismissal or, alternatively, to address the progression of the case in the event that the parties are not able to reach a full settlement.

The initial case management conference, scheduled on September 15, 2014, is CANCELLED, and the parties are relieved of their obligation to file a proposed initial case management order prior thereto. The initial case management conference is essentially converted to a conference call to be conducted only in the event that the plaintiff has not filed a notice of voluntary dismissal by September 12, 2014.

The Clerk is directed to email a copy of this order to Brigid Carpenter at bcarpenter@bakerdonelson.com and to Andrew S. Golub at asgolub@dowgolub.com.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge